PROB 12B
(7/93)

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 1 3 2005

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
#### *(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  David Maurice Pulkownik          Case Number: 2:03CR00229-001

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Chief U.S. District Judge

Date of Original Sentence:  6/8/2004          Type of Supervision:  Supervised Release

Original Offense: Manufacture of 100 or More Marijuana Plants          Date Supervision Commenced: 7/5/2004

Original Sentence: Prison - 6 Months; TSR - 48 Months          Date Supervision Expires: 7/4/2008

## PETITIONING THE COURT

18.     You shall reside in a community corrections center for a period up to (180) days.  This placement may include a pre-release component, day reporting and home confinement (with or without electronic monitoring but not to include GPS) at the direction of the CCM and USPO.  You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

### CAUSE

The offender's supervised release was revoked by Your Honor on December 8, 2004, after he was found in violation of consuming Methamphetamine.  David Pulkownik was ordered to serve 6 months in custody, followed by 42 months of supervised release. Mr. Pulkownik's supervised release will commence on May 20, 2005, upon his release from the Bureau of Prisons' (BOP) custody.

On April 11, 2005, the offender's case manager at FCI Sheridan contacted the U.S. Probation Office and requested that the Eastern District of Washington assist him in obtaining housing through a community corrections center (CCC) placement.  Mr. Pulkownik advised the case manager that he has no viable residence to live at presently. David Pulkownik has struggled with substance abuse issues in the past. It is believed that the offender would benefit from residing at a halfway house in order to provide him stable housing, employment assistance, and a clean and sober environment. It appears he is cognizant that he will be vulnerable to make poor decisions without the support of a CCC placement.

Mr. Pulkownik has been advised that if he can obtain appropriate housing and employment prior to the 6-month expiration term on his CCC placement;  the U.S. Probation Office will notify the Court, requesting that he be released.

It is respectfully recommended that the attached waiver of hearing to modify conditions of supervised release be adopted to require David Pulkownik to reside in, and satisfactorily participate in, a CCC program as a conditions of supervised release up to 180 days.

Prob 12B

**Re:  Pulkownik, David Maurice**
**May 6, 2005**
**Page 2**

Respectfully submitted,

by

Tommy Rosser
U.S. Probation Officer
Date: May 6, 2005

## THE COURT ORDERS

[  ]  No Action
[  ]  The Extension of Supervision as Noted Above
☒  The Modification of Conditions as Noted Above
[  ]  Other

Signature of Judicial Officer

May 6, 2005
Date